**In Re the Matter of: Tiffane STALLINGS nka Tiffane Loxterman, Respondent,**

v.

**Ray Edward STALLINGS, II, Appellant.**

**WD 77343**

Missouri Court of Appeals, Western District.

ORDER FILED: March 31, 2015

Motion for Rehearing and/or Transfer to Supreme Court Denied April 28, 2015

Application for Transfer Denied June 30, 2015

Mary–Corinne Corley, Kansas City, MO, for respondent.

William P. Nacy, Jefferson City, MO, for appellant.

Before Division One: Cynthia L. Martin, Presiding Judge, Thomas H. Newton, Judge and Mark D. Pfeiffer, Judge

**ORDER**

Per curiam:

Ray Edward Stallings, II appeals from the trial court's judgment awarding Tiffane Loxterman sole legal and sole physical custody of the parties' daughter and granting Stallings supervised visitation. Stallings argues that the trial court erred in entering its judgment because the evidence presented at trial did not demon-strate a substantial change of circumstances. We affirm. Rule 84.16(b).